MICHAEL W. QUADE, CA Bar No. 171930
mquade@quadelaw.com
CHERYL L. GUSTAFSON, CA Bar No. 234490
cgustafson@quadelaw.com
QUADE & ASSOCIATES, a PLC
3377 Carmel Mountain Road, Suite 250
San Diego, CA 92121
Telephone: 858.642-1700 / Facsimile: 858.642.1778

Attorneys for Plaintiff
BARRY FRANKS

GREGORY C. CHENG, CA Bar No. 226865
gregory.cheng@ogletreedeakins.com
ROSHNI CHAUDHARI, CA Bar No. 310612
roshni.chaudhari@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810 / Facsimile: 415.442.4870

Attorneys for Defendants
MALLINCKRODT ENTERPRISES LLC, MALLINCKRODT LLC, MALLINCKRODT ARD INC., MALLINCKRODT ENTERPRISES HOLDINGS, INC., MALLINCKRODT HOSPITAL PRODUCTS INC., MALLINCKRODT U.S. HOLDINGS, INC. and ENTERPRISES HOLDINGS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MALLINCKRODT PHARMACEUTICALS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARRY FRANKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MALLINCKRODT ENTERPRISES LLC, A DELAWARE LIMITED LIABILITY COMPANY; MALLINCKRODT LLC, A DELAWARE LIMITED LIABILITY COMPANY; ENTERPRISES HOLDINGS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MALLINCKRODT PHARMACEUTICALS, A DELAWARE CORPORATION; MALLINCKRODT HOLDINGS, LLC, A DELAWARE LIMITED LIABILITY COMPANY; MALLINCKRODT ARD, INC., A CALIFORNIA CORPORATION; MALLINCKRODT ENTERPRISES HOLDINGS, INC., A CALIFORNIA CORPORATION; MI HOLDINGS, INC., A MISSOURI CORPORATION; MALLINCKRODT HOSPITAL PRODUCTS INC.; A DELAWARE CORPORATION; MALLINCKRODT U.S. HOLDINGS, INC., A NEVADA CORPORATION; QUESTCOR PHARMACEUTICALS, INC., A CALIFORNIA CORPORATION; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 3:16-cv-07300-RS<br><br>**JOINT STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: October 7, 2016<br>Trial Date: August 6, 2018<br>Judge: Hon. Richard Seeborg<br>Chief Magistrate<br>Judge: Hon. Joseph C. Spero |

| | |
|---|---|
| 1 | WHEREAS, Plaintiff, BARRY FRANKS ("Plaintiff") and Defendants MALLINCKRODT ENTERPRISES LLC, MALLINCKRODT LLC, MALLINCKRODT ARD INC., MALLINCKRODT ENTERPRISES HOLDINGS, INC., MALLINCKRODT HOSPITAL PRODUCTS INC., MALLINCKRODT U.S. HOLDINGS, INC., and ENTERPRISES HOLDINGS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MALLINCKRODT PHARMACEUTICALS ("Defendants") (collectively "the parties"), settled this matter on or about May 7, 2018 as memorialized in a Confidential Settlement Agreement and General Release of All Claims (Settlement Agreement). |

WHEREAS, Plaintiff, BARRY FRANKS ("Plaintiff") and Defendants MALLINCKRODT ENTERPRISES LLC, MALLINCKRODT LLC, MALLINCKRODT ARD INC., MALLINCKRODT ENTERPRISES HOLDINGS, INC., MALLINCKRODT HOSPITAL PRODUCTS INC., MALLINCKRODT U.S. HOLDINGS, INC., and ENTERPRISES HOLDINGS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MALLINCKRODT PHARMACEUTICALS ("Defendants") (collectively "the parties"), settled this matter on or about May 7, 2018 as memorialized in a Confidential Settlement Agreement and General Release of All Claims (Settlement Agreement).

WHEREAS, Defendant MALLINCKRODT HOLDINGS, LLC and Defendant MI HOLDINGS, INC. did not make appearances in this matter.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice in its entirety as to all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED AND AGREED that, each party is to bear its own costs and attorney fees as set forth in the Settlement Agreement.

Respectfully submitted,

DATED: June 15, 2018            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Gregory C. Cheng*
GREGORY C. CHENG
ROSHNI CHAUDHARI
Attorneys for Defendants
MALLINCKRODT ENTERPRISES LLC, MALLINCKRODT LLC, MALLINCKRODT ARD INC., MALLINCKRODT ENTERPRISES HOLDINGS, INC., MALLINCKRODT HOSPITAL PRODUCTS INC., MALLINCKRODT U.S. HOLDINGS, INC., and ENTERPRISES HOLDINGS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MALLINCKRODT PHARMACEUTICALS

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 15, 2018 | QUADE & ASSOCIATES, A PLC |
| 3 | | |
| 4 | | |
| 5 | | By: */s/ Cheryl L. Gustafson*<br>MICHAEL W. QUADE |
| 6 | | CHERYL L. GUSTAFSON<br>Attorneys for Plaintiff |
| 7 | | BARRY FRANKS |

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: June 15, 2018                    By:  */s/ Cheryl L. Gustafson*
                                                               CHERYL GUSTAFSON

### ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice in its entirety as to all defendants.

DATED: 6/15/18                                    _____
                                                                  HONORABLE RICHARD SEEBORG